UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN A. TRAPASSO, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C10-4260 BZ |
| | ) | |
| v. | ) | **BRIEFING ORDER** |
| | ) | |
| OAKLAND UNIFIED SCHOOL DISTRICT, et al., | ) ) | |
| | ) | |
| Defendant(s). | ) | |

Having received defendants' motion to dismiss, **IT IS ORDERED** as follows:

1. Any opposition to defendants' motion shall be filed by **November 15, 2010.** Any reply shall be filed by **November 23, 2010**.

2. The motion is scheduled to be heard on **December 15, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3. By no later than **November 15, 2010**, defendants shall consent to or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate judge jurisdiction may be

1

1 | found on the court's website at:
2 | http://www.cand.uscourts.gov
3 |
4 | Dated: November 1, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TRAPASSO V. OAKLAND UNIFIED\BRIEFING ORDER.wpd

2