1  Roy A. Combs, SBN 123507
   rcombs@fagenfriedman.com
2  Joshua A. Stevens, SBN 228239
   jstevens@fagenfriedman.com
3  FAGEN FRIEDMAN & FULFROST, LLP
   70 Washington Street, Suite 205
4  Oakland, California 94607
   Phone: 510-550-8200
5  Fax: 510-550-8211

6  Attorneys for Defendants OAKLAND UNIFIED
   SCHOOL DISTRICT, a municipal entity,
7  LARRY HILLARD, in his individual capacity,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. TRAPASSO, | CASE NO. CV10-4260 WHA |
| Plaintiff, | **SECOND AMENDED SUBSTITUTION OF ATTORNEYS AND ~~[PROPOSED]~~ ORDER** |
| vs. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, a municipal entity, OAKLAND UNIFIED SCHOOL DISTRICT POLICE SERVICES, OAKLAND UNIFIED SCHOOL DISTRICT POLICE SERVICES, OFFICER LARRY HILLARD, in his individual and official capacities, CITY OF OAKLAND, a municipal entity, and DOES 1-50, Jointly and Severally, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effectively immediately, Defendant LARRY HILLARD, in his individual capacity, ("Defendant") hereby substitutes Roy A. Combs, Joshua A. Stevens and the law firm of Fagen Friedman & Fulfrost, LLP, in place of Jacqueline Minor and Michael Smith, Office of the General Counsel of the Oakland Unified School District, as his attorney of record in the above-entitled matter.

PLEASE TAKE FURTHER NOTICE that Defendant hereby requests that henceforth copies of all pleadings and papers be served upon Roy A. Combs and Joshua A. Stevens of FAGEN FRIEDMAN & FULFROST, 70 Washington Street, Suite 205, Oakland, California 94607; telephone: (510) 550-8200; facsimile (510) 550-8211.

DATED: December 31, 2010          FAGEN FRIEDMAN & FULFROST, LLP

By:  /s/ Roy A. Combs
     Roy A. Combs
     Attorneys for Defendant

I agree and consent to the above substitution.

DATED: December 29, 2010

By:  /s/ Larry Hilliard
     Defendant

DATED: December 15, 2010          JACQUELINE P. MINOR
                                  General Counsel, Oakland Unified School District

By:  /s/ Michael Smith
     Michael Smith
     Attorneys for Defendant

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: January 5, 2011.

_____
HONORABLE WILLIAM H. ALSUP

00319.00121/241774.1