IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A TRAPASSO,<br><br>    Plaintiff,<br><br>  v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, a municipal entity, OAKLAND UNIFIED SCHOOL DISTRICT POLICE SERVICES, OAKLAND UNIFIED SCHOOL DISTRICT POLICE SERVICES OFFICER LARRY HILLARD, in his individual and official capacity, CITY OF OAKLAND, a municipal entity, and DOES 1–50, jointly and severally,<br><br>    Defendants.<br>                                 / | No. C 10-04260 WHA<br><br>**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER** |

      The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . ."

Dated: January 7, 2011.

                                                WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE